# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JAMES E. BRENSINGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:14-cv-00011-GZS |
| GUY HUNNEWELL, et al., | ) ) ) |
| Defendant | ) ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 18) filed May 22, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

(1) The Motion to Dismiss (ECF No. 16) filed by Defendants Chad Benner and Maine State Prison is **GRANTED**.

(2) It is also **ORDERED** that Plaintiff's claims against Defendant Guy Hunnewell are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1367(c). In the alternative,

(3) The claim against Defendant Hunnewell is dismissed with prejudice for Plaintiff's failure to show cause in accordance with the Court's prior Show Cause Order (ECF No. 17).

                                                 /s/ George Z. Singal
                                                 United States District Judge

Dated this 19th day of June, 2014.